IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MILTON LAVON MCGHEE, JR.                                               PLAINTIFF

v.                                         CIVIL NO. 22-5005

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                          DEFENDANT

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Milton Lavon McGhee, Jr., filed this action on January 5, 2022, seeking judicial review of a decision of the Commissioner of Social Security Administration (Commissioner) pursuant to 42 U.S.C. § 405(g). (ECF No. 2). Instead of answering the Complaint, Defendant filed a motion on February 14, 2022, requesting that Plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). (ECF No. 9). Defendant states in her motion that significant portions of the recording of the administrative hearing held on January 5, 2021, are inaudible. Upon remand, the Commissioner will direct the case be sent back to an Administrative Law Judge for a *de novo* hearing. Plaintiff's attorney has no objection to the motion.

Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint. 42 U.S.C. §405(g); *Shalala v. Schaefer,* 509 U.S. 292, 113 S.Ct. 2625 (1993). Here, we find good cause exists to support Defendant's request for remand.

Based on the foregoing, the undersigned recommends this matter be remanded to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

1

**The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this 16th day of February 2022.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE