UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MILTON LAVON MCGHEE, JR.                                                                               PLAINTIFF

v.                                          No. 5:22-CV-05005

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 10) from United States Magistrate Judge Christy Comstock.  The Magistrate Judge recommends that the matter be remanded to the Social Security Administration for further administrative action.  Though the parties have fourteen (14) days to file objections to the report and recommendation, neither party disputes that this matter should be remanded (Doc. 9).  After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this matter is REMANDED for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

Judgment will entered be accordingly.

IT IS SO ORDERED this 17th day of February, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE